JOSEPH SCHLESINGER Bar #87692
ACTING Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MATTHEW SEAN ROBERTS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:13-cr-061 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER CONTINUING CASE |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| MATTHEW SEAN ROBERTS | ) | Date:  March 15, 2013 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr |
| | ) | |
| _____ | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United

States Attorney Matthew Segal, counsel for plaintiff, and

Assistant Federal Defender Jeffrey L. Staniels, counsel for

defendant MATTHEW SEAN ROBERTS, that the above matter be dropped

from this court's calendar for March 15, 2013, at the request of

the defense and be continued until April 26, 2013, for status

conference.  The time requested is needed to confer with Mr.

Roberts about terms of a plea offer extended by the government

and to obtain from the government documentation of certain

guideline affecting assertions contained in the offer as well as

to discuss additional terms in the offer. Counsel have conferred

about their respective schedules in requesting the April 26 date.

**IT IS FURTHER STIPULATED** that the time from March 15, 2013, through April 26, 2013, be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and  Local Code T-4.

**IT IS SO STIPULATED.**

Date: March 14, 2013              Benjamin B. Wagner
                                  United States Attorney


                                  */S/Matthew Segal*
                                  By:  MATTHEW SEGAL
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Date: March 14, 2013              */S/ Jeffrey L. Staniels*
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MATTHEW SEAN ROBERTS


## O R D E R

Based on the above stipulation of the parties, this matter is ordered to be dropped from the calendar for March 15, 2013, and is ordered to be re-calendared for April 26, 2013, at 9:00 a.m.

Time is excluded from computation of time within which the trial of this matter must be commenced from March 15, 2013,

through April 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local Code T4.

        **IT IS SO ORDERED**.

Dated:  March 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge